[No. 32443-8-I.    Division One.    March 28, 1994.]

CHARLES E. MCKEE, *Appellant*, v. THE DEPARTMENT OF
LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-10814-3, Patricia H. Aitken, J., entered
February 17, 1993. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Coleman and Agid, JJ.

[No. 30464-0-I.    Division One.    March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v.
MORA MAO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-8-06131-1, John M. Darrah, J., entered Feb-
ruary 20, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 29949-2-I.    Division One.    March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRONE
THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-05016-0, Arthur E. Piehler, J., entered
January 7, 1992. *Dismissed* by unpublished per curiam
opinion.

[No. 31243-0-I.    Division One.    March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DENISE
LYNNE PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-8-03143-6, Stephen M. Gaddis, J. Pro Tem.,
entered January 31, 1992. *Dismissed* by unpublished per
curiam opinion.